AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: 1:08MJ19M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Scott Brown

I certify that I am admitted to practice in this court.

3/10/08
Date

Kevin Fitzgerald, (Mary McElroy)
Signature

Kevin Fitzgerald
Print Name

Bar Number

10 WEYBOSSET STREET
Address

| PROVIDENCE | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
|---|---|
| Phone Number | Fax Number |