AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

SCOTT M. BROWN

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-19M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SCOTT M. BROWN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
bank robbery and conspiracy to rob a bank

in violation of Title 18 United States Code, Section(s) §2113(a) and (d) and § 371

David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

February 1, 2008, Providence, RI
Date and Location

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Quincy, MA | | |
| DATE RECEIVED 3/10/2008 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Brian S. Womble FBI | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 3/10/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.