AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Scott Brown

APPEARANCE

CASE NUMBER: 1:08-MJ-19M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

17 MAR 07
*Date*

[signature]
*Signature*

FRANK FLANAGAN 4858
*Print Name* *Bar Number*

130 Bellevue Ave
*Address*

NEWPORT RI 02840
*City* *State* *Zip Code*

(401) 849-3040
*Phone Number* *Fax Number*

849-4330

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.