AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

SCOTT M. BROWN

RECEIVED
U.S. MARSHALS SERVICE
FEB 01 2008

WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-19M

To: The United States Marshal
and any Authorized United States Officer

District of Rhode Island

YOU ARE HEREBY COMMANDED to arrest SCOTT M. BROWN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
bank robbery and conspiracy to rob a bank

in violation of Title 18 United States Code, Section(s) §2113(a) and (d) and § 371

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | February 1, 2008, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Chelsea District Court by FBI D/RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/01/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 03/10/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.