X

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAR 19 2008

UNITED STATES OF AMERICA : CR 08 27S

v. : CR. No:
: In violation of 18 U.S.C.
: § 2113(a)and (d

SCOTT M. BROWN :

**INDICTMENT**

The Grand Jury charges:

That on or about September 15, 2007, in the District of Rhode Island, the defendant, SCOTT M. BROWN, by force, violence, and intimidation, did knowingly take from the person and presence of another money, to wit: approximately $5,170 (five thousand one hundred seventy dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Cooperation by assaulting a person by use of a dangerous weapon or device.

In violation of 18 U.S.C. § 2113(a) and (d).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 3/19/08