UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR NO.: 08-27S |
| | : | |
| vs. | : | |
| | : | |
| SCOTT M. BROWN, | : | |
| Defendant | : | |

## MOTION FOR CONTINUANCE

Now comes the Defendant, Scott M. Brown, through his attorney in the above-referenced matter and hereby requests that within matter be continued from the scheduled Jury Impanelment date of June 3, 2008 to a later date so that Counsel may have more time to prepare his defense case. Please note that on May 28, 2008 Defense Counsel was informed that Defendant was indicted on a similar charge in the state of New Hampshire. Defense Counsel has discussed this Continuance Request with Assistant United States Attorney Zechariah Chafee.

WHEREFORE, Defendant requests that his motion be granted.

SCOTT M. BROWN
By His Attorneys

/s/ Francis J. Flanagan

Francis J. Flanagan (#4858)
SAYER, REGAN, THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

Date: May 29, 2008

CERTIFICATION

I hereby certify that on the 29th day of May, 2008, I mailed a true copy of the within MOTION to Zechariah Chafee, Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza – 8th Floor, Providence, Rhode Island 02903, via regular first class mail postage prepaid.

/s/ Francis J. Flanagan