UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR NO.08-27S |
| | : | |
| SCOTT M. BROWN | : | |

**GOVERNMENT'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR A CONTINUANCE**

The United States has no objection to defendant Scott Brown's motion for a continuance of the trial. Brown was indicted for robbery by the federal Grand Jury in New Hampshire on May 28, 2008. This indictment substantially alters defendant's situation vis a vis the United States government.

It is in the interest of justice that defendant should receive additional time for his defense counsel to determine defendant's options and to properly advise defendant regarding the new

situation. Jury selection is scheduled on the instant indictment for June 3, 2008, next Tuesday. There is not enough time between now and then for defendant to be well advised.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

CERTIFICATION

I hereby certify that on this 29th day of May, 2008, I caused the within Government's Memorandum in Response to Defendant's Motion for a Continuance to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Francis J. Flanagan
SAYER, REGAN, THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov