IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | C.R. No.: 08-27S |
| V. | : | |
| | : | |
| SCOTT M. BROWN | : | |

**REQUEST TO CHANGE OF PLEA**

Now comes the Defendant, Scot M. Brown, and hereby requests to change his plea in this matter from NOT GUILTY to GUILTY. I make this request freely and voluntarily and without reliance on any promises or representations made by or from anyone to influence my decision to plead GUILTY. I am pleading GUILTY because I know I am, in fact, GUILTY and that the Government can prove me GUILTY. I plead GUILTY without the benefit of a plea agreement. I plead GUILTY knowingly and voluntarily, without a plea agreement or any agreement or promise from the prosecution on this matter. I understand that the Judge alone solely decides my sentence.

SCOTT M. BROWN

Submitted by

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040